IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert Lee Griffin, | NO. C 98-21038 JW |
|     Petitioner, | **ORDER RE: COMPLIANCE WITH WRIT OF HABEAS CORPUS** |
| v. | |
| James Gomez, et al., | |
|     Respondents. | |

On June 28, 2006, the Court issued an order granting Robert Lee Griffin's Petition for Writ of Habeas Corpus and ordered Griffin released from the Pelican Bay State Prison Security Housing Unit (SHU) immediately. (See Docket Item No. 120.) On July 5, 2006, Respondents notified the Court that Griffin had been transferred to a federal court house and was no longer in their custody. (See Docket Item No. 121.) On August 21, 2006, the Court ordered Respondents to clarify Griffin's housing status. (See Docket Item No. 124.) Respondents filed a notice stating that they intended to place Griffin in the SHU temporarily following his return from federal custody. (See Docket Item No. 125.)

Presently before the Court is Petitioner's Request for Modification of Order Granting Writ of Habeas Corpus in light of Respondents notice to the Court regarding Griffin's status. (See Docket Item No. 126.) To ensure compliance with the Writ, Respondents are ordered to file a Status Report detailing Griffin's housing status from June 28, 2006 to the present. Respondents shall file their

Status Report on or before **January 22, 2008**. The report shall respond to Petitioner's request for modification of the Court's June 26, 2006 Order.

In the event that Griffin is currently assigned to the SHU, Respondents shall release him immediately and file a notice to the Court that he has been released.

Dated: January 11, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Michael Slavin
50 Fremont St, Room 300
San Francisco, CA 94105

Jennifer Anne Neill
Attorney General of the State of California
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

Robert C. Cross
California Attorney General's Office
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550

Pamela Griffin
P.O. Box 4963
Omaha, NE 68102

**Dated: January 11, 2008**                     **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**