IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert Lee Griffin, | NO. C 98-21038 JW |
|        Petitioner, | **ORDER REFERRING MOTION TO MAGISTRATE JUDGE NANDOR VADAS FOR REPORT AND RECOMMENDATION** |
| v. | |
| James Gomez, et al., | |
|        Respondents. | |

On June 28, 2006, the Court issued an order granting Robert Lee Griffin's Petition ("Petitioner") for Writ of Habeas Corpus and ordered Petitioner released from the Pelican Bay State Prison Security Housing Unit (SHU) immediately. (See Docket Item No. 120.) On July 5, 2006, Respondents notified the Court that Petitioner had been transferred to a federal court house and was no longer in their custody. (See Docket Item No. 121.) On August 21, 2006, the Court ordered Respondents to clarify Petitioner's housing status. (See Docket Item No. 124.) Respondents filed a notice stating that they intended to place Petitioner in the SHU temporarily following his return from federal custody. (See Docket Item No. 125.)

Petitioner then filed a Request for Modification of Order Granting Writ of Habeas Corpus in light of Respondents' notice to the Court regarding Petitioner's status. (See Docket Item No. 126.) To ensure full compliance with the writ, the Court issued an Order Re: Compliance with Writ of Habeas Corpus requesting that Respondents file a Status Report detailing Petitioner's housing status

from June 28, 2006 to the present. (See Docket Item No. 127.) Respondents filed a timely response which states as follows:

> At the time the Court issued its [writ of habeas corpus] order, Petitioner was in federal custody. Counsel has been informed by Pelican Bay State Prison Litigation Coordinator William Barlow that Petitioner was only returned to the state custody on November 1, 2007. Since that time, he has resided in the Administrative Segregation Housing Unit (ASU) at Pelican Bay State Prison pending the classification process. The ASU is a different facility and program from the Pelican Bay SHU.

(See Docket Item No. 128 at 2.)

Before the Court is Petitioner's Motion to Enforce the Court's Judgment. (See Docket Item No. 130.) The crux of Petitioner's motion is Respondents' placement of Petitioner in the ASU during the temporary classification process violates the Court's order granting writ of habeas corpus. Respondents contend that the Court does not have jurisdiction to entertain Petitioner's motion. (See Docket Item No. 32.)

Since the Court does not have a fully developed record of Petitioner's housing status since its June 28, 2006 Order, the Court refers this matter to Magistrate Judge Nandor Vadas for a report and recommendation with respect to whether Respondents have complied with the writ. Judge Vadas shall have the full authority to conduct a factual investigation of Petitioner's housing status.

The Court requests that Judge Vadas issue his Report and Recommendation within 60 days, to the extent it is feasible to do so and it does not impede his other duties. The Clerk shall mail a copy of the court file, including a copy of this Order, to Magistrate Judge Vadas in Eureka, California.

In light of this Order, the Court VACATES the hearing presently scheduled for April 7, 2008.

Dated: April 4, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert C. Cross
California Attorney General's Office
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550

Pamela Griffin
P.O. Box 4963
Omaha, NE 68102

**Dated: April 4, 2008**                                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**