UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT LEE GRIFFIN,                           No. C 98-21038 JW

        Plaintiff,

  v.                                                        **NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE**

JAMES GOMEZ, et al.,.

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Settlement Conference is scheduled in this matter for May 20, 2008 at 11:00 a.m., at 514 H Street, 2nd Floor, Eureka, California

    Lead trial counsel shall appear at the Settlement Conference with the parties and persons having full authority to negotiate and settle the case.

    Counsel for Defendant shall be responsible for preparing an order for transport of plaintiff to said settlement conference and for communications with the prison in that regard.

    Confidential settlement conference reports shall be due May 16, 2008. The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the Settlement Conference.

SO ORDERED.

Dated: April 29, 2008

                                                          NANDOR J. VADAS
                                                          United States Magistrate Judge

SC-further

SC-further 2