## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LEE GRIFFIN,** | NO. 9821038JW |
| Petitioner, | **ORDER [PROPOSED]** |
| v. | |
| **EDWARD S. ALAMEIDA, et al.,** | |
| Respondents. | |

To: The Warden, Pelican Bay State Prison

You are commanded to produce prisoner Robert Griffin to testify before Magistrate Nandor J. Vadas at the federal courthouse, 514 H Street, 2nd Floor, Eureka, California, on May 20, 2008 at 11:00 a.m., and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the prisoner to the above-named institution.

Further, you are ordered to notify the Court of any change in custody of the prisoner and to provide any new custodian with a copy of this writ.

Dated: May 12, 2008

_____
Nandor J. Vadas
United States Magistrate Judge