IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR.,<br><br>   Plaintiff,<br><br>         v<br><br>SANTA CLARA COUNTY et al.,<br><br>   Defendants. | Case No C 00-20345 RMW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>September 26, 2008</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☐ Office of the California Attorney General

☒ Other: Melissa Kiniyalocts, County Counsel

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 9/29/08

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

Litmon

No. C 00-20345 RMW

v.

CERTIFICATE OF SERVICE

Santa Clara County
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/30/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**David Litmon, Jr.**
CO-000555-3, Unit 12
Coalinga State Hospital
P.O. Box 5003
Coalinga, CA 93210


RICHARD W. WIEKING, CLERK


By:/s/_____
Deputy Clerk

3