IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE GRIFFIN<br><br>　　　　Petitioner,<br>　　　and<br><br>JAMES GOMEZ, ET AL<br><br>　　　　Respondent. | No. C 98-21038 NJV<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME |

For the reasons set forth in the attached Declaration, the parties stipulate to and request an additional 20-day extension of the time in which Petitioner and Respondents may submit their closing summation and proposed findings of fact and conclusions of law in the above-titled case.

DATED: September 22, 2008

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　  /s/ Pamela J. Griffin
　　　　　　　　　　　　　　　　　　Pamela J. Griffin
　　　　　　　　　　　　　　　　　　Attorney for the Petitioner


　　　　　　　　　　　　　　　　　　  /s/ Robert C. Cross
　　　　　　　　　　　　　　　　　　Robert C. Cross
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Attorneys for Respondents

　　　　　　　　　　　　　　　　　　　　SO ORDERED:
　　　	　　　　　　　　　　　　　　　DATED:  9/30/08

APPROVED
Judge Nandor J. Vadas
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Stipulated Request for Order Changing Time

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE GRIFFIN<br><br>    Petitioner,<br>  and<br><br>JAMES GOMEZ, ET AL<br><br>    Respondent. | No. C 98-21038 NJV<br><br>DECLARATION OF PAMELA GRIFFIN IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME |

1. I am the attorney for the Petitioner in the above-referenced case.

2. In the first part of September my father, who lives in Kansas City, began experiencing serious physical and mental issues, leading to a possibly extended hospital stay. As I am the nearest child, I have primary responsibility for handling these issues from the family standpoint. I have spent most of the last two weeks in Kansas City with him, and will have continuing responsibility to manage his needs and placement in the near future.

3. Because of this personal matter, together with the initial delay in receiving the hearing transcripts, I have not had time to prepare proposed findings of fact and conclusions of law on behalf of the Petitioner.

4. For the above reasons, it would be helpful to me to have a 20-day extension of the time for filing requested in the Civil Minutes dated August 28, 2008, to which counsel for Respondents has agreed and stipulated.

I apologize to the Court and the Respondents for the inconvenience caused by these circumstances. I declare under penalty of perjury the foregoing is true and correct.

DATED: September 22, 2008

Respectfully Submitted,

 /s/ Pamela J. Griffin
Pamela J. Griffin
Attorney for the Petitioner