*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROBERT LEE GRIFFIN ) | No. C 98-21038 JW |
|         Petitioner, ) | |
|    and ) | STIPULATED REQUEST FOR ORDER CHANGING TIME |
| JAMES GOMEZ, ET AL ) | |
|         Respondent. ) | |

For the reasons set forth in the attached Declaration, the parties stipulate to and request postponement of the time for filing by petitioner of a Bill of Costs to a date 14 days following completion of all additional filings and/or proceedings requested by the Court pursuant to its July 10, 2009 Order.

DATED: July 24, 2009

                              Respectfully Submitted,

                              /s/ Pamela J. Griffin
                              Pamela J. Griffin
                              Attorney for the Petitioner


                              /s/ Robert C. Cross
                              Robert C. Cross
                              Deputy Attorney General
                              Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ROBERT LEE GRIFFIN

    Petitioner,

  and

JAMES GOMEZ, ET AL

    Respondent.

No. C 98-21038 JW

DECLARATION OF PAMELA GRIFFIN IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME

1. I am the attorney for the Petitioner in the above-referenced case.

2. The Petitioner intends to submit a Bill of Costs pursuant to Civil L.R. 54-1 with respect to post-judgment proceedings in this case.

3. On July 10, 2009, the Court issued its Order Adopting Magistrate Judge's Report and Recommendation; Overruling Objections to Magistrate's Report and Recommendation, in which the parties were ordered to file a status update by the end of July. The Court indicated it would then determine whether further review of Respondents' actions is appropriate.

4. Given the certainty of an additional filing and the possibility of further proceedings in this matter, allowing the petitioner to postpone submission of a Bill of Costs until all filings and proceedings are concluded would minimize potential for confusion and the inefficient use of court resources.

5. Postponement or extension of the time in which to file a Bill of Costs would not affect any existing deadline or schedule in this case, and counsel for Respondents has agreed and stipulated.

I declare under penalty of perjury the foregoing is true and correct.

DATED: July 24, 2009

                              Respectfully Submitted,

                              /s/ Pamela J. Griffin
                              Pamela J. Griffin
                              Attorney for the Petitioner