IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert Lee Griffin, | NO. C 98-21038 JW |
| Petitioner, | **CERTIFICATE OF APPEALABILITY** |
| v. | |
| James Gomez, et al., | |
| Respondents. | |

On June 6, 2006, the Court granted Robert Lee Griffin's ("Petitioner") Petition for Writ of Habeas Corpus. (hereafter, "June 6 Order," Docket Item No. 120.) On July 10, 2009, the Court adopted Magistrate Judge Nandor Vadas' Report and Recommendation, finding that Respondents failed to comply with its June 6, 2006 Order, and ordered Respondents to place Petitioner in less restrictive housing. (hereafter, "July 10 Order," Docket Item No. 168.) On August 10, 2009, Respondents filed their Notice of Appeal. (Docket Item No. 172.)

Upon the filing of a notice of appeal and a request for a certificate of appealability ("COA"), the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. 28 U.S.C. § 2253(c)(3)). If no express request is made for a COA, the notice of appeal shall be deemed to constitute a request for a certificate. See id. A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard, see id. § 2253(c)(3), and the court of appeals is limited to considering only those claims. See Hiivala v. Wood, 195 F.3d 1098, 1103 (9th Cir. 1999); Fuller v.

1  Roe, 182 F.3d 699, 702-03 (9th Cir. 1999).  "Where a district court has rejected the constitutional
2  claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must
3  demonstrate that reasonable jurists would find the district court's assessment of the constitutional
4  claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).

5  Applying the standards above, the Court certifies for appeal Respondents' objection to the
6  Court's July 10, 2009 Order finding that Respondents' temporary assignment of Petitioner to the
7  Pelican Bay State Prison Administrative Segregation Unit violated the Court's June 6, 2006 Order
8  that Petitioner be release from Pelican Bay's Security Housing Unit to less restrict housing.

10  Dated:  November 20, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jennifer Anne Neill jennifer.neill@doj.ca.gov
Morris Lenk morris.lenk@doj.ca.gov
Pamela Jo Griffin pgriffin6@cox.net
Robert Christian Cross robert.cross@doj.ca.gov

**Dated: November 20, 2009**          **Richard W. Wieking, Clerk**

                                      **By:   /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**