IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LEE GRIFFIN,** | Case No. C 98-21038-JW (NJV) |
| v. | [~~PROPOSED~~] AMENDED ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO FILE RESPONSE BRIEF |
| **JAMES GOMEZ, et al.,** | |

GOOD CAUSE HAVING BEEN SHOWN, the Stipulated Request to Extend Time to File Response Brief until March 15, 2010 is granted.

Dated:  3/5/10

_____
NANDOR J. VADAS
Magistrate Judge

1