IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT LEE GRIFFIN, | CASE NO. 5:98-cv-21038 JW |
| Plaintiff(s), | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| JAMES GOMEZ, Director of California Department of Corrections, | |
| Defendant(s). | |

In accord with the opinion filed by Ninth Circuit Court of Appeals on January 28, 2014 (see Docket Item No. 264), the Petition for Writ of Habeas Corpus is DISMISSED.

**IT IS SO ORDERED.**

Dated:  May 1, 2014

EDWARD J. DAVILA
United States District Judge