**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT LEE GRIFFIN, | CASE NO. 5:98-cv-21038 JW |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO CLOSE FILE** |
| v. | |
| JAMES GOMEZ, Director of California Department of Corrections, | |
| Defendant(s). / | |

Since there are no further matters pending in this action subsequent to the remand from the Ninth Circuit Court of Appeals, the Clerk of Court shall close this file.

**IT IS SO ORDERED.**

Dated: June 4, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:98-cv-21038 EJD
ORDER DIRECTING CLERK TO CLOSE FILE